GUYETT v. McWHIRK et al. (Circuit Court, D. Oregon. October 20, 1904.) No. 2,684. In Equity. Suit by Indian to recover lands alleged to have been wrongfully allotted. On demurrer to bill. R. J. Slater and J. T. Hinkle, for plaintiff. John H. Hall, U. S. Atty., and T. G. Hailey, for defendants.

BELLINGER, District Judge. In this case the complainant's mother, Louisa Morrisette, being an Indian entitled to allotment of lands upon the

Umatilla reservation, selected the lands in question, the same being then in her possession; but said lands were wrongfully allotted to the defendant McWhirk. Louisa Morrisette subsequently died, and the complainant brings this suit as her heir at law. The case is within the rule laid down in the case of Philomme Smith v. Bonifer, 132 Fed. 889. The demurrer is overruled.